4 A.3d 125

IN THE MATTER OF SAMUEL RAK, AN ATTORNEY
AT LAW (ATTORNEY NO. 019681985).

September 10, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–032, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **SAMUEL RAK** of **LEONIA,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **SAMUEL RAK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.